**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 409 EAL 2023

         Respondent             :

         :    Petition for Allowance of Appeal
         :    from the Order of the Superior Court
         v.                :

LARRY L. BELL,               :

         Petitioner             :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 10th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.